No. 20, Original. STATE OF OKLAHOMA *v.* STATE OF TEXAS. November 21, 1921. Order entered authorizing payments to counsel and to the receiver.